UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01960-SSS-SHKx | Date | February 20, 2024 |
|---|---|---|---|
| Title | *Susan Jane v. Alejandro N. Mayorkas, et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE REGARDING LACK OF PROSECUTION**

On December 27, 2023, this Court issued an Order to Show Cause ("OSC") regarding Plaintiff's lack of prosecution of her claims against the government Defendants. The OSC was discharged upon the Clerk of Court's entry of default, *see* F.R.C.P. 55(a). However, upon further review of Plaintiff's purported proofs of service in this case, the Court determined that Defendants were never properly served with the summons and complaint. It therefore struck the Clerk's entry of default as premature.

Since that time, Plaintiff has made no further attempt to effect service upon the Defendants. As such, the Court **DIRECTS** Plaintiff to show cause in writing, on or before **Friday, March 1, 2024**, why this action should not be dismissed, with respect to each Defendant who has not filed an answer or otherwise responded to the complaint. This Order to Show Cause will be discharged if Plaintiff files, before the deadline set forth above, adequate proofs of service as to each unserved Defendant. Failure to do so will result in the dismissal of Plaintiff's claims without prejudice. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**